NUMBER 13-00-378-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


BAY AREA HEALTHCARE GROUP, LTD. 

D/B/A COLUMBIA DOCTORS REGIONAL 

MEDICAL CENTER
, Appellant,


v.



RUBY ANN ERNST
, Appellee.

____________________________________________________________________


On appeal from the 94th District Court


of Nueces County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Seerden and Justices Dorsey and Rodriguez


Opinion Per Curiam


 Appellant, BAY AREA HEALTHCARE GROUP, LTD. D/B/A COLUMBIA
DOCTORS REGIONAL MEDICAL CENTER, perfected an appeal from a judgment
entered by the 94th District Court of Nueces County, Texas, in cause number
97-6192C. After the notice of appeal was filed, the parties filed a joint motion
to dismiss the appeal. In the motion, the parties state that they have settled
this matter and no longer desire to prosecute this appeal. The parties request
that the appeal be dismissed.

 The Court, having considered the documents on file and the joint motion
to dismiss the appeal, is of the opinion that the motion should be granted. 
The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 24th day of August, 2000.